```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 32444
   DANITA BROWN
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

       Debtor
   SSN XXX-XX-4582

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 09/01/2004 and was confirmed 11/08/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was paid in full 07/14/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
GMAC                       SECURED NOT I    2455.18             .00            .00
SELECT PORTFOLIO SERVICI   CURRENT MORTG        .00             .00            .00
SELECT PORTFOLIO SERVICI   MORTGAGE ARRE   23140.14             .00       23140.14
ROBERT J ADAMS & ASSOC     PRIORITY        NOT FILED            .00            .00
AMERICAN GENERAL FINANCE   UNSECURED        3002.20             .00         300.22
AMERICAN GENERAL FINANCE   NOTICE ONLY     NOT FILED            .00            .00
SHERMAN ACQUISITION        UNSECURED         520.00             .00          52.00
CAPITAL ONE BANK           UNSECURED         700.00             .00          70.00
CBUSA SEARS                UNSECURED       NOT FILED            .00            .00
CITIFINANCIAL              UNSECURED       NOT FILED            .00            .00
PEOPLES GAS                UNSECURED       NOT FILED            .00            .00
PIERCE & ASSOCIATES        NOTICE ONLY     NOT FILED            .00            .00
UNITED STUDENT AID FUNDS   UNSECURED       22927.47             .00        2292.75
SALLIE MAE LSCF            UNSECURED       NOT FILED            .00            .00
ROBERT J ADAMS & ASSOC     DEBTOR ATTY      1,894.00                       1,894.00
TOM VAUGHN                 TRUSTEE                                         1,697.73
DEBTOR REFUND              REFUND                                            648.00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                30,094.84

PRIORITY                                          .00
SECURED                                     23,140.14
UNSECURED                                    2,714.97
ADMINISTRATIVE                               1,894.00
TRUSTEE COMPENSATION                         1,697.73
DEBTOR REFUND                                  648.00
                       ---------------      ---------------
TOTALS                 30,094.84             30,094.84

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 32444 DANITA BROWN
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/29/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 32444 DANITA BROWN